UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO, NORTHERN DIVISION

| | |
|---|---|
| BLACKMOUNTAIN INVESTMENT HOLDINGS, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NEWCHANVRE INC., an Idaho Corporation; GLOBAL CBD INC., an Idaho Corporation; JOEL BORDEAUX, an individual; and JOHN DOES I–X,<br><br>Defendants. | No.   2:20-cv-00495-SM<br><br>**JUDGMENT IN A CIVIL ACTION** |

Pursuant to the Court's Orders, Plaintiff BlackMountain Investment Holdings, LLC shall recover from Defendants NewChanvre Inc. ("NewChanvre"), Global CBD Inc. ("Global CBD"), and Joel Bordeaux ("Bordeaux") (collectively, "Defendants") as follows:

| | |
|---|---|
| BlackMountain Investment in NewChanvre | $200,000.00 |
| Prejudgment Interest (12%) pursuant to Idaho Code § 28-22-104(1) | $36,493.15 |
| Attorney Fees | $38,333.72 |
| Costs | $535.00 |

JUDGMENT IN A CIVIL ACTION – 1

| Total | $275,361.87 |
|---|---|
| Postjudgment Interest (5%) under 28 U.S.C. § 1961 | **$37.72 per day** |

DATED this 17th day of June, 2021

CLERK OF COURT

/s/ Sunny Trumbull
*Deputy Clerk*

JUDGMENT IN A CIVIL ACTION – 2